### 39163. HARRIS v. CATES, by Next Friend.

PER CURIAM. The judgment of this court in *Harris v. Cates,* 105 Ga. App. 178 (123 SE2d 703) having been reversed by the Supreme Court of Georgia in *Cates v. Harris,* 217 Ga. 801 (125 SE2d 649), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*The judgment of the trial court is affirmed.  Felton, C. J., Bell and Hall, JJ., concur.*

DECIDED MAY 9, 1962.

*B. Hugh Burgess, Edward E. Dorsey, C. B. Rogers, Powell, Goldstein, Frazer & Murphy,* for plaintiff in error.

*Charles H. Hyatt,* contra.